# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

Derrick D. Neely-Bey Tarik-El )
   Petitioner )    1:15-CV-1522 WTL-DML
Ex Rel. DERRICK NEELY )    Cause No. _____
)
        VS. )
Bruce Lemmon )
Commissioner of The Indiana )
Department of Correction.(I.D.O.C) )
)
Wendy Knight )
Superintendent of the )
Correctional Industrial Facility (C.I.F) )
)
David Liebel )
Director of Religious Services. )
)
David Smith )
Correctional Industrial Facility )
Religious Services. )
)
Officer, D. Conley )
Disciplinary Hearing Screening )
Officer. )
)
Officer, Richard Sidwell )
Disciplinary Hearing Board )
Chairman. Et. Al. )
   Respondent(s) )

PAGE-1-

## Petition Pursant To Civil Rights Violation

Comes Now, The petitioner Derrick D. Neely-Bey Tarik-El I am a Moorish National, I am in propia persona sui Juris And Constitutional de jure, I move this court pursuiant to the United Stats Constitution at Articl one section nine clause two and the First Amendment to the United Stateds Constitution... It is the power and/or Right of the People to petition the government for a Redress of grievance, the petitioner being one of We The People herein an herenow invokes this power so that this matter may be Redressed, the petitioner states the following facts to be the truth...

## STATEMENT OF FACT

fact 1. In January of 2013 A.D. I did infact mail to Bruce Lemmon the Commissioner of the Indiana Department of Correction hereafter (I.D.O.C) one of the officer apointed by the Governor of the State of Indiana, an Affidvit, wherein I challenged his Authority to hold me in prison, I did in fact set Title 5 U.S.C section 556(d) of the Administrative Procedure Act, As the Authority over the matter...

fact 2. On 8-24-2015 A.D. I receicved from the dispciplnary hearing body's Screening officer, Officer Conley a state from 39585 (R6/9-00) Notice of Disciplnary Hearing (Screening Report) And a state form 39590 (R4/11-13) Report of Conduct Case Number C.I.C 15-08-0224...

fact 3. On 8-21-2015 A.D. Chaplain David Smith submitted to the immediate supervisor Lieutenant A. Farmer a Report of Conduct state from 39590 (R4/11-13)

Page -2-

Case Number C.I.C 15-08-0224 Code Number 347 Offense, Refusing an Order.

Fact 4. On 9-2-2015 A.D., I received a finding of guilt from the disciplinary hearing board chairman Officer Richard Sidwell, wherein I received a sanction of twenty hours extra duty.

Fact 5. On 9-3-2015 A.D. I did infact appeal the finding of the 9-2-2015 A.D. disciplinary hearing board...

Fact 6. On 9-14-2015 A.D. The 9-3-2015 A.D. Appeal was denied by the Superintended Wendy Knight she states in her Response, because I suffered no loss of Liberty that the 9-3-2015 A.D. Appeal was the final level of Appeal...

## CAUSE OF ACTION

In January of 2013 A.D. I mailed by way of U.S. Postal mail an affidavit address to the commissioner of the Indiana Department of Correction, Bruce Lemmon an official of the state of Indiana by way of the Governor's office and Article 3 section 1 of the Constitution of The State of Indiana, this document contained a legal and lawful challenged to the administrative jurisdictional authority of commissioner Bruce Lemmon's power to hold me in prison, this document was of a legal and civil nature, it had nothing to do with Religion, I was not speaking as a religious representative so I can find no reason why Mr. Bruce Lemmon would forward the affidavit to his Director of Religious Services David Liebel, I can only infer from this action that he intended to have me subjected to Religious persecution, why else would he forward a document to an official that has no power to remedy the matter therein...

As a result of Mr. Bruce Lemmon's action Mr. David Liebel forwarded the affidavit to the Minister & I.D.O.C volunteer of the Moorish Science Temple of America, Inc Brother M. Doles-Bey and as a result of this action Brother M. Doles-Bey constructed a memorandum and forwarded it to David Liebel, David Smith, Wendy Knight and my self among others, this document infered that information contained in the affidavit wherein I claimed my birthright as a "Moorish National Sovereign" gave him the authority to grant to the officials of the Correctal Industrial Facility the power to enforce religious sanction, the 4-6-2014 A.D. Memorandum stated that I could not under any circumstances teach, facilitate or serve in a station of facilitation, he stated that I was a "GUEST" and a guest cannot speak on a Friday Holy Day Service... when Mr. David Liebel forward the affidavit to Brother M. Doles-Bey whatever Brother M. Doles-Bey deduced from this document to be in violation of the laws of the Moorish Science Temple of America, Inc Although there where no violations, the matter became one of a religious nature and the state could no longer get involved, the issues deduced from the 4-6-2014 A.D. Memorandum now belong solely to the domain of religion meaning between me and my religious organization, Although I informed both Wendy Knight and David Smith that they could not enforce the memorandum but on 8-21-2015 A.D. Chaplain David Smith constructed a Report of Conduct on State from 39590 (R4/11-13) wherein he stated that he witnessed me speak and openly participate during a Friday Holy Day meeting, he then stated that I deliberately refused a direct order from him both verbally and in writing to remain silent although he did not mention in the Report of Conduct the actual date he gave this so called verbal, he did infact submit with the State from 39590 (R4/11-13) Report of Conduct proof that he was in fact violating my frist Amendment Rights to practice my Religion by providing a document intitled Chaplains Memo wherein he refers to the 4-6-2014 A.D. sanctions, this was the

PAGE -4-

sole foundation of his claim of me refuseing his order... On 8-24-2015 A.D. at 8:07 A.M. I received State Form 39585 (R6/9-00) Screening Report from Officer D. Conley wherein I was informed of the Report of Conduct from Chaplain David Smith and the allegations therein I pleaded not guilty... On 9-2-2015 A.D. I came before the disciplinary hearing body Chairman Richard Sidwell at this hearing I infromed him that Chaplain David Smith could not give me any orders related to the 4-6-2014 A.D. sanctions related to brother M. Doles-Bey's memorandum, I attempted to show Officer Richard Sidwell that this order was rooted in a matter that stemmed from my Religious organization and as such could not be enforce in the facility because Brother M. Doles-Bey is not a state Actor, I did so by attempting to show that the sanctions in the Chaplains Memo where not from the facility but M. Doles-Bey, I attempted to do this by asking a question that would have shown the Relation but Officer Richard Sidwell told me in an irritated tone that I could not ask him any question although I am entitled to speak on my own behafe as it is one of the Rights granted by State From 39585 (R6/9-00) but this Act made it clear that Officer Richard Sidwell intended not to respect my Constitutionally protected right to practice my Religion... On 9-3-2015 A.D. I submitted a State From 39587 (R3/4-94) Disciplinary Hearing Appeal which was received of 9-4-2015 A.D. where I express these violation to the facility head, On 9-14-2015 A.D. my Appeal was denied by the Superintendent Wendy Knight, She stated that the Conduct Report was credible, she stated that when a staff member gives me an order I need to follow it and if I do not agree with the order then I have the right to follow the department's grievance procedures, but Mrs. Wendy Knight fails to understand just because I'm in prison this does not give her and her staff the power to subject me to unlawful orders, Infact the Supreme Court of the United States have made it clear that judgments

Page -5-

and/or orders that are repugnant to the Constitution does not have to be followed. The Courts have also held that the People should not tolerate or condone disregard of the law or arbitrary usurpation of power on the part of any officer...

## Conclusion

In light of the above mention fact the petitioner has shown that all of the Respondent(s) are engageing in "Civil Conspiracy" this is defined as: A combination of two or more person who, by concerted action, seek to accomplish an unlawful purpose or to accomplish some purpose, not in itself unlawful, by unlawful means. (See Black's Law Dictionary)... I.D.O.C. Commissioner Bruce Lemmon Action set in to motion a chain of events that got me suspended from my Religious Service's for one year subjected me to slave labor which was 20 hours of work without pay and a constant fear of a continous threat of punishment... To be subjected to this as well as not being allowed to stand, speak or facilitate means that I may not pray with my group I may not do any of the things and/or act's that the rest of the group is allowed to do on Fridays these acts violate my Constitutional Right's, my frist Amendment Right to practice my Religion, my Eighth Amendment Right to be free from cruel and unusual punishment and my Fourteenth Amendment Right to due process... With all the above stated the petitioner brings this action against the Respondent(s) in both their official and private capacity...

## Remedy

The Supreme Court of the United States, is clear, officer of the law in the execution of process, are obliged to know the requirements of the law, and if they mistake them, whether through ignorance or design, and anyone is harmed by their error, They must Respond In Damages... The petitioner is Requesting for the above mentioned Injuries that I receive 750,000 dollars and cease all action against the Petitioner

Page 6

Sincerely:

/s/ *Derrick P. Nuly-Bey Tarik-El*

Ex Rel. DERRICK NEELY

9-22-2015 A.D.

## Certificate of Service

I Derrick D. Neely-Bey Tarik-El put this document in the prisoner mail on 22 day of the month of September 2015 A.D. the petitioner ask that this court service the respondent(s) with a copy of this fileing if it finds it need be.

Commissioner of the Indiana Department of Correction's Bruce Lemmon and Director of Religious Services David Liebel, Department of Correction 302 W. Washington st Rm E 334, Indianapolis, Indiana 46204-2738

Wendy Knight, Superintendent, David Smith Chaplain, officer D. Conley and officer Richard Sidwell, Correctional Industrial Facility, 5124 West Reformatory Road, Pendleton Indiana 46064